IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:09CR3037 |
| vs. | 4:09CR3124 |
| FERNANDO SANCHEZ-SANCHEZ, | ORDER |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed motions to continue sentencing date (filings 59 and 40) are granted.

2. Defendant Fernando Sanchez-Sanchez's sentencing is continued to Monday, December 17, 2012, at 3:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 30th day of October, 2012.

BY THE COURT:

John M. Gerrard
United States District Judge